**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FREQUENCY SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NETGEAR, INC.,<br><br>    Defendant. | Case No. 2:15-cv-00699-JRG-RSP<br><br>**PATENT CASE** |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW
*PRO HAC VICE* COUNSEL**

Before the Court is Defendant NETGEAR, Inc.'s Unopposed Motion to Withdraw *Pro Hac Vice* Counsel of Record Mary ("Mindy") V. Sooter. Ms. Sooter has declared that defendant NETGEAR, Inc., will continue to be represented by Enoch H. Liang of the law firm of Lee Tran & Liang LLP. Being advised of the premises the Court hereby **GRANTS** the motion.

**IT IS HEREBY ORDERED** that Mary ("Mindy") V. Sooter of the firm Wilmer Cutler Pickering Hale and Dorr LLP is withdrawn as *pro hac vice* counsel of record for NETGEAR, Inc. in this matter. The clerk's office is directed to remove Mary ("Mindy") V. Sooter from receiving any further CM/ECF notices in this case.

**SIGNED this 29th day of July, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE